THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STANLEY WILKINS, JR., #013997**                                                                 **PLAINTIFF**

**v.**                        **Case No. 2:19-cv-00087-KGB**

**CROSS COUNTY DETENTION CENTER,** *et al.*                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Stanley Wilkins, Jr.'s, complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge